CAROLYN GEYER ET AL. *v.* PETER DANASI ET AL.
(14335)

O'Connell, Heiman and Schaller, Js.

Submitted on briefs January 9—decision released January 30, 1996

*Michael Bradley* filed a brief for the appellants (plaintiffs).

*Angelo A. Ziotas* filed a brief for the appellees (defendants).

PER CURIAM. The judgment is affirmed.